NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant Deputy City Attorney (95340)
YUE-HAN CHOW, Senior Deputy City Attorney (268266)
MATTHEW PRITCHARD, Senior Deputy City Attorney (284118)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San Jose, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants


JERRY Y. FONG, Esq. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
885 N. San Antonio Road, Suite D
Los Altos, California 94022
Telephone Number: (650) 559-1985
Facsimile Number: (650) 322-6779
E-Mail Address:  jf@jerryfong.com

DANIEL M. MAYFIELD, Esq. (SBN 90646)
CARPENER & MAYFIELD
730 N. First Street
San Jose, CA 95112
Telephone Number: (408) 287-1916
Facsimile Number: (408) 257-9857
E-Mail Address:  Dan@carpenterandmayfield.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BACA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN ANDERSON, MICHAEL JOSEPH SIMONINI, BRETT MICHAEL WEIDNER, ZACHARY DAVID PREUSS, CITY OF SAN JOSE, and DOES 1 TO 150,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-02461-WHO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 6-2, Plaintiff and Defendants (collectively "the parties"), by and through counsel or record, stipulate and agree as follows.

On December 16, 2022, Defendants filed a motion to dismiss Plaintiff's second amended complaint in part. Dkt. 43. Under the existing, default briefing schedule, Plaintiff's opposition to the motion is due December 30, 2022. Because that deadline would require Plaintiff's counsel to draft opposition briefing over the holidays, the parties have agreed to extend the deadline for that opposition. The parties stipulate to and request that Plaintiff's opposition to the pending motion to dismiss the second amended complaint in part be due **January 13, 2023**, with Defendants' optional reply due **January 27, 2023**. The parties have previously stipulated to changes in the pleading and briefing schedule at Docket entries 21, 31, and 40. The deadlines proposed in this stipulation should not affect the current case schedule in any respect.

The parties have further agreed that, in order to preserve the purposes of Defendants' motion to dismiss, Plaintiff will take no discovery on the claims subject to dismissal under the motion until the Court issues its order on the motion and the pleadings are resolved.

SO STIPULATED.

Dated: December 20, 2022

Respectfully submitted,

NORA FRIMANN, City Attorney

By: __/s/ Matthew W. Pritchard__
     MATTHEW W. PRITCHARD
     Senior Deputy City Attorney

Attorneys for Defendants

THE LAW OFFICE OF JERRY FONG

Dated: December 20, 2022

By: __/s/ Jerry Fong__
     JERRY Y. FONG

Attorneys for Plaintiff

**ATTESTATION PER L.R. 5-1**

I, Matthew W. Pritchard, hereby attest pursuant to Local Rule 5-1 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  December 20, 2022

By:  ___/s/ Matthew W. Pritchard___
Matthew W. Pritchard
SBN 284118

**ORDER**

Pursuant to the parties' stipulation, the Court orders as follows:

1. Plaintiff's opposition to Defendants' motion to dismiss the second amended complaint in part shall be due January 13, 2023.

2. Defendants' optional reply to Plaintiff's opposition shall be due January 27, 2023.

3. Discovery on any materials relevant solely to claims 4, 5, 6, or 7 of Plaintiff's second amended complaint is hereby stayed. This stay shall be lifted upon the Court's issuance of an order resolving Defendants' motion to dismiss the second amended complaint in part.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 22, 2022

WILLIAM H. ORRICK
United States District Judge